IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY AND KAREN CLAYTON,<br><br>    Plaintiffs,<br> v.<br><br>BOXED WATER IS BETTER, LLC,<br><br>    Defendant. | Civil Action No. 1:23-cv-0168<br><br>LEAD CASE |
| ANTOINETTE SUCHENKO AND KAREN CLAYTON,<br><br>    Plaintiffs,<br> v.<br><br>PICCARD PETS SUPPLIES, CORP.<br><br>    Defendant. | Civil Action No. 1:23-cv-0177<br><br>MEMBER CASE |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiffs Antoinette Suchenko and Karen Clayton filed the above-referenced case against Defendant Piccard Pets Supplies Corp. on June 13, 2023.

2. Whereas Defendant has not yet answered Plaintiffs' Complaint, and thus dismissal is appropriate without Court order, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss their Complaint without prejudice.

*Signature below.*

-2-

Dated: August 16, 2023						Respectfully Submitted,

               */s/ Benjamin Sweet*
               Benjamin J. Sweet
               ben@nshmlaw.com
               **NYE, STIRLING, HALE, MILLER & SWEET, LLP**
               1145 Bower Hill Road, Suite 104
               Pittsburgh, PA 15243
               Phone: (412) 857-5350

               *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 16th day of August, 2023.

                                          */s/ Benjamin J. Sweet*
                                          Benjamin J. Sweet