IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY AND KAREN CLAYTON,<br><br>        Plaintiffs,<br>  v.<br><br>BOXED WATER IS BETTER, LLC,<br><br>        Defendant. | Civil Action No. 1:23-cv-0168<br><br>LEAD CASE |
| IAN FOLEY AND JARED CHARLAP,<br><br>        Plaintiffs,<br>  v.<br><br>PEDIGREE SUPPLIES, INC. DBA CHERRYBROOK,<br><br>        Defendant. | Civil Action No. 2:23-CV-1064<br><br>MEMBER CASE |

**NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)**

1. Whereas Plaintiffs Ian Foley and Jared Charlap filed the above-referenced case against Defendant Pedigree Supplies, Inc. dba Cherrybrook on June 13, 2023.

2. Whereas Defendant has not yet answered Plaintiffs' Complaint, and thus dismissal is appropriate without Court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiffs hereby dismiss their Complaint with prejudice.

Dated: September 11, 2023        Respectfully Submitted,

                                                    */s/ Benjamin Sweet*
                                                    Benjamin J. Sweet
                                                    **Nye, Stirling, Hale, Miller & Sweet, LLP**
                                                    1145 Bower Hill Road, Suite 104
                                                    Pittsburgh, PA 15243

                                                    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 11th day of September, 2023.

                                                    */s/ Benjamin J. Sweet*
                                                    Benjamin J. Sweet