IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY AND KAREN CLAYTON,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>BOXED WATER IS BETTER, LLC,<br><br>　　　　　　Defendant. | Civil Action No. 1:23-cv-0168<br><br>LEAD CASE |
| SYLVIA SANTOS AND KAREN CLAYTON,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>AURALINE, INC.<br><br>　　　　　　Defendant. | Civil Action No. 2:23-cv-0181<br><br>MEMBER CASE |

## NOTICE OF SETTLEMENT

Plaintiffs, Sylvia Santos and Karen Clayton, hereby advise this Honorable Court that they have reached an agreement in principle with Defendant Auraline, Inc. The parties are preparing the settlement agreement and expect to file a dismissal within thirty days.

Dated: January 16, 2024    Respectfully Submitted,

**NYE, STIRLING, HALE, MILLER & SWEET, LLP**

By: */s/ Benjamin J. Sweet*
Benjamin J. Sweet, Esq.
ben@nshmlaw.com
1145 Bower Hill Road, Suite 104
Pittsburgh, Pennsylvania 15243

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 16th day of January, 2024.

                                                  */s/ Benjamin J. Sweet*
                                                   Benjamin J. Sweet