### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY AND KAREN CLAYTON,<br><br>　　　　　Plaintiffs,<br>　v.<br>BOXED WATER IS BETTER, LLC,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-0168<br><br>LEAD CASE |
| ARNOLD VARGAS AND JARED CHARLAP,<br><br>　　　　　Plaintiffs,<br>　v.<br>LEON HAND-CRAFTED SPEAKERS, INC.,<br><br>　　　　　Defendant. | Civil Action No. 1:23-cv-01155<br><br>MEMBER CASE |

### JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Having engaged in comprehensive settlement negotiations and having agreed that the above-captioned action should be resolved by entry of the proposed consent decree attached to this motion as **Exhibit 1**, for the reasons stated therein, Plaintiffs Arnold Vargas and Jared Charlap and Defendant Leon Hand-Crafted Speakers, Inc. jointly move for the approval and entry of the Consent Decree.

| | |
|---|---|
| Dated: January 24, 2024 | Respectfully submitted, |
| */s/ Kyle Peterson*<br>Kyle Peterson, Esq.<br>**LEWIS BRISBOIS BISGAARD & SMITH LLP**<br>One PPG Plaza, 29th Floor<br>Pittsburgh, PA 15222<br>Kyle.Peterson@lewisbrisbois.com | */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet<br>**NYE, STIRLING, HALE, MILLER & SWEET, LLP**<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>Email: ben@nshmlaw.com |
| *Attorney for Defendant* | *Attorney for Plaintiff* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 24th day of January, 2024.

                                                   */s/ Benjamin J. Sweet*
                                                   Benjamin J. Sweet