IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROOSEVELT BRADLEY AND KAREN CLAYTON,<br><br>        Plaintiffs,<br>   v.<br><br>BOXED WATER IS BETTER, LLC,<br><br>        Defendant. | Civil Action No. 1:23-cv-0168<br><br>LEAD CASE |
| ARNOLD VARGAS AND JARED CHARLAP,<br><br>        Plaintiffs,<br>   v.<br><br>LEON HAND-CRAFTED SPEAKERS, INC.,<br><br>        Defendant. | Civil Action No. 1:23-cv-01155<br><br>MEMBER CASE |

**ORDER GRANTING JOINT MOTION FOR**
**APPROVAL AND ENTRY OF CONSENT DECREE**

AND NOW, this 25th day of    January    , 2024, in consideration of the Joint Motion for Entry of Consent Decree and after a review of the consent decree which shows that it is procedurally and substantively fair, reasonable, and consistent with governing law, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                        s/ Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 24th day of January, 2024.

                                        */s/ Benjamin J. Sweet*
                                         Benjamin J. Sweet